1  KENNETH B. WILSON (SBN 130009)
   kwilson@carrferrell.com
2  CHRISTOPHER P. GREWE (SBN 245938)
   cgrewe@carrferrell.com
3  CARR & FERRELL *LLP*
   2200 Geng Road
4  Palo Alto, California 94303
   Telephone: (650) 812-3400
5  Facsimile:  (650) 812-3444

6  Attorneys for Plaintiffs
   EXCELSTOR TECHNOLOGY, INC.,
7  EXCELSTOR TECHNOLOGY LIMITED,
   EXCELSTOR GROUP LIMITED,
8  EXCELSTOR GREAT WALL TECHNOLOGY
   LIMITED and SHENZHEN EXCELSTOR
9  TECHNOLOGY LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXCELSTOR TECHNOLOGY, INC., a Delaware corporation; EXCELSTOR TECHNOLOGY LIMITED, a Hong Kong corporation; EXCELSTOR GROUP LIMITED, a Cayman Islands corporation; EXCELSTOR GREAT WALL TECHNOLOGY LIMITED, a Cayman Islands corporation; and SHENZHEN EXCELSTOR TECHNOLOGY LIMITED, a Chinese corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>PAPST LICENSING GMBH & CO. KG, a German corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV 09-02055 PJH<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

1  IT IS HEREBY STIPULATED AND AGREED by Plaintiffs ExcelStor Technology, Inc., ExcelStor Technology Limited, ExcelStor Group Limited, ExcelStor Great Wall Technology Limited, and Shenzhen ExcelStor Technology Limited (collectively referred to as "ExcelStor") and Defendant Papst Licensing GmbH & Co. KG ("Papst"), through their respective counsel and pursuant to Civil Local Rules 6-2, 7-12 and 16-2, as follows:

WHEREAS, ExcelStor filed their Complaint against Papst in this action on May 12, 2009;

WHEREAS, the initial Case Management Conference in this case is currently scheduled for August 27, 2009 at 2:30 p.m.;

WHEREAS, on July 17, 2009 Papst filed a Motion to Dismiss ExcelStor's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), and set the hearing for that motion on August 26, 2009;

WHEREAS, on July 31, 2009, ExcelStor filed an Amended Complaint that moots certain of the arguments made in Papst's original Motion to Dismiss;

WHEREAS, Papst has filed a Notice of Withdrawal of Motion relating to its original motion, and intends to file a new Motion to Dismiss directed at the Amended Complaint;

WHEREAS, Papst intends to set this motion for hearing on Wednesday, October 21, 2009 at 9:00 a.m., which is the first Wednesday morning that both Papst's counsel and the Court are available for a hearing on Papst's new motion; and

WHEREAS, the attorneys for Papst who will be arguing Papst's motion will be travelling from Chicago for the hearing, and hope to be able to attend the hearing on Papst's Motion and the initial Case Management Conference in a single trip to California.

IT IS HEREBY STIPULATED between ExcelStor and Papst that subject to the Court's approval, the Case Management Conference may be moved to October 22, 2009 at 2:30 p.m.  Aside from a Stipulation that extended the time for Papst to respond to the Complaint by approximately a month, there have been no other previous time modifications in the case.  The requested continuance of the Case Management Conference would likely delay the overall schedule in this case (which has not yet been established) by roughly eight weeks.

{00393460v3}
-2-
Stipulation and Order Re Continuance of Case Management Conference
(Case No. CV 09-02055 PJH)

| | | |
|---|---|---|
| 1 | Dated: August 10, 2009 | CARR & FERRELL LLP |
| 2 | | |
| 3 | | By: /s/ Kenneth B. Wilson |
| 4 | | KENNETH B. WILSON<br>CHRISTOPHER P. GREWE |
| 5-7 | | Attorneys for Plaintiffs<br>EXCELSTOR TECHNOLOGY, INC.,<br>EXCELSTOR TECHNOLOGY LIMITED,<br>EXCELSTOR GROUP LIMITED,<br>EXCELSTOR GREAT WALL TECHNOLOGY<br>LIMITED and SHENZHEN EXCELSTOR<br>TECHNOLOGY LIMITED |
| 9 | Dated: August 10, 2009 | HUSCH BLACKWELL SANDERS<br>WELSH & KATZ |
| 11 | | By: /s/ Leonard Friedman |
| 12 | | LEONARD FRIEDMAN |
| 13 | | Attorneys for Defendant<br>PAPST LICENSING GMBH & CO. KG |

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The initial Case Management
16  Conference in this case shall be held on October 22, 2009 at 2:30 p.m.

19  Dated: August 11, 2009

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated:  August 10, 2009

/s/ Christopher P. Grewe
CHRISTOPHER P. GREWE