John S. Siamas (SBN 49061)
jsiamas@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Leonard Friedman (*admitted pro hac vice*)
Leonard.Friedman@huschblackwell.com
HUSCH BLACKWELL SANDERS
WELSH & KATZ
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone:     +1 312.655.1500
Facsimile:     +1 312.655.1501

Attorneys for Defendant
Papst Licensing GmbH & Co. KG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXCELSTOR TECHNOLOGY, INC., EXCELSTOR TECHNOLOGY LIMITED, EXCELSTOR GROUP LIMITED, EXCELSTOR GREAT WALL TECHNOLOGY LIMITED, and SHENZHEN EXCELSTOR TECHNOLOGY LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> PAPST LICENSING GMBH & CO. KG, and DOES 1 through 10, <br><br> Defendants. | Case No. 09-cv-2055-PJH <br><br> **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** <br><br> Honorable        Phyllis J. Hamilton |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs ExcelStor Technology, Inc., ExcelStor Technology Limited, ExcelStor Group Limited, ExcelStor Great Wall Technology Limited, and Shenzhen ExcelStor Technology Limited (collectively referred to as "ExcelStor") and Defendant Papst Licensing GmbH & Co. KG ("Papst"), through their respective counsel and pursuant to Civil Local Rules 6-2, 7-12 and 16-2, as follows:

WHEREAS, ExcelStor filed the captioned action on May 12, 2009;

WHEREAS, this Court initially scheduled the Case Management Conference for August 27, 2009;

WHEREAS, Papst filed a motion on July 17, 2009 to dismiss the ExcelStor's complaint;

WHEREAS, ExcelStor filed an Amended Complaint on July 31, 2009;

WHEREAS, Papst then withdrew its motion to dismiss the initial complaint in the captioned action, and filed a new motion to dismiss the Amended Complaint;

WHEREAS, this Court rescheduled the Case Management Conference for October 22, 2009 based on a stipulated request of the parties, as a result of Papst withdrawing its initial motion to dismiss and filing a new one after ExcelStor filed an Amended Complaint;

WHEREAS, in an August 26, 2009 Order (Dkt. No. 37), this Court set a detailed schedule for briefing and resolving the Rule 12(b)(1), (2) and (6) issues raised in Papst's motion to dismiss in several stages;

WHEREAS, pursuant to its Order of August 26, 2009, the Court first will hear oral argument on October 21, 2009 on the subject matter jurisdiction and failure to state a claim portions of Papst's motion to dismiss;

WHEREAS, pursuant to its Order of August 26, 2009, if the Court determines that there is subject matter jurisdiction, there is a schedule for completing briefing on ExcelStor's motion for personal jurisdictional discovery that is measured from the date of the Court's decision as to whether

there is subject matter jurisdiction;

WHEREAS, pursuant to its Order of August 26, 2009, if the Court grants the discovery motion, there is a schedule for conducting the discovery and then completing briefing on the personal jurisdiction portion of Papst's motion to dismiss, that is measured from the date of the Court's decision on the discovery motion;

WHEREAS, pursuant to its Order of August 26, 2009, if the Court does not grant the discovery motion, there is a schedule for completing briefing on the personal jurisdiction portion of Papst's motion to dismiss, that is measured from the date of the Court's decision on the discovery motion; and

WHEREAS, in view of the pending motions and the schedule set by the Court's Order of August 26, 2009, it is desirable to continue the Case Management Conference that is currently scheduled for October 22, 2009, and briefly to discuss appropriate timing for a Case Management Conference at the hearing of Papst's motion to dismiss on October 21, 2009;

IT IS HEREBY STIPULATED between ExcelStor and Papst that, subject to the Court's approval, the Case Management Conference be removed from the docket on October 22, 2009 and its timing be addressed at the hearing of Papst's motion to dismiss on October 21, 2009.  This Court initially scheduled a Case Management Conference for August 27, 2009, and the impact on the overall schedule of this case due to the requested rescheduling of the Case Management Conference will depend on the new schedule set by the Court.

DATED: October 13, 2009

REED SMITH LLP

By  /s/ John S. Siamas
  John S. Siamas
  Attorneys for Defendant
  PAPST LICENSING GMBH & CO. KG

DATED: October 13, 2009

CARR & FERRELL LLP

By /s/ Kenneth B. Wilson
  Kenneth B. Wilson
  Attorneys for EXCELSTOR Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference scheduled for October 22, 2009 shall be removed from the docket, to be rescheduled by the Court after the hearing of Papst's currently pending motion to dismiss on October 21, 2009.

DATED: October 15, 2009



The Honorable Phyllis J. Hamilton
United States District Judge