1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXCELSTOR TECHNOLOGY, INC., et al.,

        Plaintiffs,                              No. 09-2055 PJH

    v.                                      **ORDER**

PAPST LICENSING GMBH & CO. KG,

        Defendant.
_____/

        The court is in receipt of a chambers copy of the Declaration of Leonard Friedman, filed by defendant Papst Licensing GMBH & Co. KG in the above-entitled action.  The chambers copy is not in usable format.  Please take notice that the court will not consider the contents of any chambers copy that is not in usable format.

        A document that is in "usable format" is one that is usable by the court for its intended purpose.  <u>A thick stack of loose paper **wrapped with a rubber band**</u>, or fastened with a paper clip or a binder clip, is not in usable format.

        For a memorandum of points and authorities or other document that can be stapled, "usable format" means that the document is stapled in the upper-left-hand corner.  For a document that is too thick to be stapled securely, "usable format" means that the document is two-hole punched at the top, and is <u>fastened with a prong-type fastener</u>.  In addition, <u>any</u>

exhibits to declarations or requests for judicial notice **must be tabbed**.

The court will consider the contents of the chambers copy only if it is submitted in usable format no later than one court day after the date of this notice.

**IT IS SO ORDERED.**

Dated:  December 11, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge