UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXCELSTOR TECHNOLOGY, INC.,
et al.,

    Plaintiffs,

    v.

PAPST LICENSING GMBH & CO. KG,

    Defendant.
_____/

No. C 09-2055 PJH

**ORDER CONTINUING HEARING DATE**

    The date for the hearing on defendant's motion to dismiss, previously set for February 3, 2010, is CONTINUED to February 24, 2010.  If this date is not convenient for the parties, they may stipulate to a different date, so long as the date they select is not earlier than February 24, 2010.  Any such stipulation must be submitted to the court no later than February 10, 2010.

**IT IS SO ORDERED.**

Dated: January 25, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge