John S. Siamas (SBN 49061)
jsiamas@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Leonard Friedman (*admitted pro hac vice*)
leonard.friedman@huschblackwell.com
Jerold B. Schnayer (*admitted pro hac vice*)
jerold.schnayer@huschblackwell.com
HUSCH BLACKWELL SANDERS
WELSH & KATZ
120 South Riverside Plaza, Suite 2200
Chicago, IL  60606
Telephone:     +1 312.655.1500
Facsimile:     +1 312.655.1501

Attorneys for Defendant
Papst Licensing GmbH & Co. KG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXCELSTOR TECHNOLOGY, INC., EXCELSTOR TECHNOLOGY LIMITED, EXCELSTOR GROUP LIMITED, EXCELSTOR GREAT WALL TECHNOLOGY LIMITED, and SHENZHEN EXCELSTOR TECHNOLOGY LIMITED,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PAPST LICENSING GMBH & CO. KG, and DOES 1 through 10,<br><br>    Defendants. | Case No. 09-cv-2055-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR ADDITIONAL BRIEFING**<br><br>Honorable      Phyllis J. Hamilton |

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs ExcelStor Technology, Inc., ExcelStor Technology Limited, ExcelStor Group Limited, ExcelStor Great Wall Technology Limited, and Shenzhen ExcelStor Technology Limited (collectively referred to as "ExcelStor") and Defendant Papst Licensing GmbH & Co. KG ("Papst"), through their respective counsel and pursuant to Civil Local Rules 6-2 and 7-12, as follows:

WHEREAS, ExcelStor filed the captioned action on May 12, 2009;

WHEREAS, this Court initially scheduled the Case Management Conference for August 27, 2009;

WHEREAS, Papst filed a motion on July 17, 2009 to dismiss the ExcelStor's complaint;

WHEREAS, ExcelStor filed an Amended Complaint on July 31, 2009;

WHEREAS, Papst then withdrew its motion to dismiss the initial complaint in the captioned action, and filed a new motion to dismiss the Amended Complaint;

WHEREAS, this Court rescheduled the Case Management Conference for October 22, 2009 based on a stipulated request of the parties, as a result of Papst withdrawing its initial motion to dismiss and filing a new one after ExcelStor filed an Amended Complaint;

WHEREAS, in an October 23, 2009 Order (Dkt. No. 49), this Court dismissed the Amended Complaint, gave ExcelStor leave to file a Second Amended Complaint by November 20, 2009, and ordered Papst to respond to that Second Amended Complaint within 20 days after it was filed;

WHEREAS, ExcelStor filed its Second Amended Complaint on November 20, 2009 (Dkt. No. 50) and Papst filed a new motion to dismiss on December 10, 2009 (Dkt. No. 51), noticing it for a hearing on January 20, 2010;

WHEREAS, on December 15, 2009, the parties stipulated to continue the hearing of Papst's motion to dismiss the Second Amended Complaint until February 3, 2010 (Dkt. No. 54);

WHEREAS, in a January 25, 2010 Order (Dkt. No. 58), the Court continued the hearing until

February 24, 2010;

WHEREAS, in response to a request of ExcelStor's counsel that Papst provide its covenant in writing, and to avoid any possible confusion that might have resulted from the statement at oral argument on February 24, 2010 supplementing what was expressed in Papst's reply brief of January 20, 2010, Papst restated in a written covenant on March 3, 2010 (Dkt. No. 63) the covenant expressed in its brief and the additional covenant stated in open court during the hearing;

WHEREAS, in a March 5, 2010 Order, the Court ordered further briefing to address the impact of the covenant on the question of subject matter jurisdiction, and ordered Papst to file a brief by March 15, 2010, ExcelStor to respond by March 22, 2010, and Papst to reply by March 29, 2010;

WHEREAS, Papst's counsel Leonard Friedman has written all of Papst's briefs in this action, and he left for a previously planned skiing vacation this past weekend, is not scheduled to return to Chicago until the evening of Sunday, March 14, 2010, and will not have an opportunity to work on Papst's brief before its due date of March 15, 2010;

WHEREAS, counsel for the parties have conferred and agree to a stipulated request for a one week delay in the briefing schedule ordered by the Court;

IT IS HEREBY STIPULATED between ExcelStor and Papst that, subject to the Court's approval, the date for Papst to submit a brief to address the impact of the covenant on the question of the Court's jurisdiction be extended until March 22, 2010, the date for ExcelStor to submit a response brief be extended until March 29, 2010, and the date for Papst to submit a reply brief be extended until April 5, 2010.  The impact on the overall schedule of this case will be a delay of one week.

DATED: March 9, 2010

        HUSCH BLACKWELL SANDERS LLP
          WELSH & KATZ

By     /s/ Jerold B. Schnayer
    Jerold B. Schnayer
    Attorney for Defendant
    PAPST LICENSING GMBH & CO. KG

DATED: March 9, 2010

        CARR & FERRELL LLP

By     /s/ Kenneth B. Wilson
    Kenneth B. Wilson
    Attorney for EXCELSTOR Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED. The date for Papst to submit its brief is extended to March 22, 2010, the date for ExcelStor to respond is extended until March 29, 2010, and the date for Papst to reply is extended until April 5, 2010.

DATED: March 11, 2010

_____
The Honorable Phyllis J. Hamilton
United States District Judge

[Court Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: March 9, 2010                              ___/s/ Jerold B. Schnayer_____
                                                                JEROLD B. SCHNAYER