UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXCELSTOR TECHNOLOGY, INC.,
et al.,

    Plaintiffs,

    v.

PAPST LICENSING GMBH & CO. KG,

    Defendant.
_____/

No. C 09-2055 PJH

**ORDER VACATING HEARING DATE**

    The date for defendant's motion for limited discovery regarding subject matter jurisdiction, previously set for June 2, 2010, is VACATED. The court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: May 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge